People v Lassiter (2026 NY Slip Op 00027)

People v Lassiter

2026 NY Slip Op 00027

Decided on January 06, 2026

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: January 06, 2026

Before: Webber, J.P. SEQ CHAPTER \h \r 1, Friedman, Mendez, Shulman, Hagler, JJ. 

Ind. No. 344/21|Appeal No. 5495|Case No. 2023-00505|

[*1]The People of the State of New York, Respondent, 
vShakim Lassiter, Appellant.

Caprice R. Jenerson, Office of the Appellate Defender, New York (Alexandra Ricks of counsel), for appellant.
Darcel D. Clark, District Attorney, Bronx (Brian Witthuhn of counsel), for respondent.

An appeal having been taken to this Court by the above-named appellant from a judgment of the Supreme Court, Bronx County (Margaret L. Clancy, J.), rendered January 11, 2023,
Said appeal having been argued by counsel for the respective parties, due deliberation having been had thereon, and finding the sentence not excessive,
It is unanimously ordered that the judgment so appealed from be and the same is hereby affirmed.
THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: January 6, 2026
Counsel for appellant is referred to § 606.5, Rules of the Appellate Division, First Department.